IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MONG'S DAIRY, a Division of
SCHNEIDER'S DAIRY, INC.,

      Plaintiff,

  v.

TEAMSTERS LOCAL UNION NO. 205,

      Defendant,

Case No.: 2:20-cv-00382-AJS

## MOTION FOR JUDGMENT ON THE PLEADINGS

AND NOW, comes Defendant, Teamsters Local Union No. 205, by and through its attorney, R. Anthony Deluca, Esq., and Pursuant to Federal Rule of Civil Procedure 12(c) submits this Memorandum in Support of its Motion for Judgment on the Pleadings:

1. Plaintiff has filed a Complaint (Doc. 1).

2. Defendant has filed an Answer to the Complaint (Doc. 6).

3. The pleadings are closed.

4. Based upon the pleadings, the Defendant is entitled to judgment as a matter of law.

WHEREFORE, Defendants respectfully request this Honorable Court grant this Motion for Judgment on the Pleadings and dismiss Plaintiff's Complaint with Prejudice.

      Respectfully Submitted,

      s/R. Anthony DeLuca_____
      R. Anthony DeLuca, Esquire
      Attorney for Defendant