## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MONG'S DAIRY, a Division of
SCHNEIDER'S DAIRY, INC.,
       Plaintiff,

       v.

TEAMSTERS LOCAL UNION NO. 205,
       Respondent.

Case No.: 2:20-cv-00482-AJS

**BRIEF IN SUPPORT OF DEFENDANT'S
MOTION FOR JUDGMENT ON THE
PLEADINGS**

Filed on Behalf of:

Teamsters Local Union No. 205

Counsel of Record for this Party:

R. Anthony DeLuca, Esquire
Pa. I.D. # 80751

DeLuca, Ricciuti & Konieczka
225 Ross Street, 4th Floor
Pittsburgh, PA 15219

(412) 281-6869

# TABLE OF CONTENTS

TABLE OF CONTENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

I.    HISTORY OF THE CASE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.   DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    1.    Pertinent Statutory Provision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    2.    Arbitration Pursuant to a CBA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

    3.    Bargaining for Arbitration v. Litigation . . . . . . . . . . . . . . . . . . . . . . 6

    4.    The Essence Test . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    5.    Analysis of Plaintiff's Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

III.  CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

# TABLE OF AUTHORITIES

**I.    CASES**:

Akers Nat'l Roll Co. v. United Steel, Paper and Forestry, Rubber,
    Manufacturing, Energy, Allied Industrial and Service Workers
    Int'l Union, 712 F.3d 155 (3d Cir.2013) . . . . . . . . . . . . . . . . . . . 6-7. 11, 14

Brentwood Medical Associates v. United Medical Workers, 396 F.3d
    237 (3d Cir.2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 6-12, 14

CITGO Asphalt Refining Co. v. Paper, Allied-Industrial, Chemical, and
    Energy Workers International Union Local No. 2-991, 385 F.3d
    809 (3d Cir.2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Exxon Shipping Co. v. Exxon Seaman's Union, 73 F.3d 1287 (3d Cir.),
    cert. denied sub nom. SeaRiver Maritime v. Exxon Seaman's
    Union, 517 U.S. 1251 (1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 8-9, 13

Gay v. CreditInform, 511 F.3d 368 (3d Cir.2007) . . . . . . . . . . . . . . . . . . . . 4, 6

Government of the Virgin Islands v. United Industrial Workers, N.A.,
    169 F.3d 172 (3d Cir.1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

<u>Hamilton Park Health Care Center, Ltd v. 1199 SEIU United Healthcare</u>
     <u>Workers East</u>, 817 F.3d 857 (3d Cir.2016) . . . . . . . . . . . . . . . . . . . . . . . . . . 13

<u>Lamps Plus, Inc. v. Varela</u>, --- U.S. ---, 139 S.Ct. 1407 (2019) . . . . . . . . . . . . . . 4

<u>Monongahela Valley Hospital, Inc. v. United Steel Paper Forestry</u>
     <u>Rubber Manufacturing Allied Industrial & Service Workers</u>
     <u>Int'l Union AFL-CIO CLC</u>, 946 F.3d 195 (3d Cir.2019) . . . . . . . . . . 8, 11

<u>MV Transportation, Inc. and Amalgamated Transit Union Local #1637,</u>
     <u>AFL-CIO</u>, 368 N.L.R.B. No. 66, 2019 NLRB Lexis 509 (2019) . . . . . . . . 12

## II.    STATUTES:

9 U.S.C. § 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

9 U.S.C. § 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

9 U.S.C. § 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3. 7

9 U.S.C. § 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-4, 7

## III.    RULES OF COURT:

Fed.R.Civ.P. 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1