IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONG'S DAIRY, A DIVISION OF SCHNEIDER'S DAIRY, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-00482-AJS |
| TEAMSTER'S LOCAL UNION NO. 205 | ) ) ) | |
| Respondent. | ) ) | |

## MOTION FOR STATUS AND/OR SETTLEMENT CONFERENCE

Mong's Dairy, a division of Schneider's Dairy, Inc. ("Plaintiff") by and through its undersigned counsel, submits the following Motion for Status and/or Settlement Conference, stating the following in support thereof:

1. On June 18, 2020, the parties conducted a mediation before the Hon. Ronald Folino.[1]

2. Despite the best efforts of Judge Folino, the mediation was not successful and ended abruptly.

3. The parties are not sufficiently far apart on the principal issue of disagreement to warrant incurring the additional time and expense, not to mention the time and judicial resources that would need to be expended by the Court, that continued litigation of the underlying issues necessarily would require.

---

[1] Originally, and as was represented to the Court in the parties' Joint Motion for Extension of Time to File Response/Reply to Respondent's Motion for Judgment as a Matter of Law [Doc. No. 10], the mediation was to be conducted on June 23, 2020.  However, due to a desire to conduct the mediation in person, and due to a scheduling conflict on June 23, 2020 that otherwise would have prevented an in-person mediation, the mediation was moved to June 18, 2020.

4. This Court's involvement in the resolution of this matter at this juncture would be highly effective in bringing this matter to satisfactory resolution and, in doing so, would prevent the continued and needless expenditure of valuable resources, as well as this Court's time.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court conduct a status and/or settlement conference, requiring in-person attendance by all parties, as soon as is practicable and, at the very least, prior to the deadlines set forth in the Court's Order granting the parties' Joint Motion for Extension of Time to File Response/Reply to Respondent's Motion for Judgment as a Matter of Law [Doc. Nos. 10, 12].

Dated:  June 19, 2020                            Respectfully submitted,

                                                 GORDON & REES LLP

                                                 *s/ Craig W. Snethen*
                                                 Craig W. Snethen
                                                 Pa. I.D. No. 86050
                                                 707 Grant Street, Suite 3800
                                                 Pittsburgh, PA  15219
                                                 (412) 577-7400

                                                 ATTORNEYS FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MONG'S DAIRY, A DIVISION OF SCHNEIDER'S DAIRY, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-00482-AJS |
| | ) ) | |
| TEAMSTER'S LOCAL UNION NO. 205 | ) ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing *Motion for Status and/or Settlement Conference* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                   *s/ Craig W. Snethen*